# EXHIBIT 1

*Vacation:*

For the first year of employment you shall have one paid vacation per year after 3 months evaluation. This week should be planned well in advance.

In addition, you will be given the following paid holidays off:
Memorial Day
July 4th
Labor Day
Thanksgiving Day
Christmas Eve and Christmas Day
~~Early Release on New Year's Eve, New Year's Day~~

*Compensation:*
You will be paid each Friday afternoon. The starting weekly salary is $45,000 annually. This annual salary will be reviewed after 3 months of employment and again at 12 months.

You will be provided the exclusive use of the bedroom, bathroom and closet. We will pay for all utilities, including TV and local Telephone calls within the 50 United States. You are welcome to have all your meals with the family and welcome to have any food that is normally provided for the family. Special items not used by the family are your own responsibility.

*Termination:*
You will need to give at least two weeks notice should you choose to resign. Ella may terminate this agreement at any time, with or without prior notice and without cause. Should that occur, you will be paid a separation allowance equal to one week's pay. (Notwithstanding the foregoing, in the event Ella terminate this agreement within the first 30 days, you will not be entitled to any separation allowance.)

*Other Ground Rules and House Rules:*
No smoking in the house.
No Alcohol consumption during the hours you are caring for Eva and Maya. Except for Ella.
No visitors are allowed at any time. Unless otherwise noted any time
If you sleep away weekends, please ~~return Sunday evenings by 9:00 PM~~ 8:30 — I am flexible with this.

*Emergency Contacts / Plan:*

Ella — 404-660-6661
Ray — 404-771-4947


DEFENDANT'S EXHIBIT
# 4 D.M
7/1/16

We (Ella , _____ and Dora) realize that clear, honest and regular communication is essential in an arrangement such as this.

*Agreement:*

The foregoing having been read, discussed and understood, the undersigned hereby agree and consent to the terms of the above this 29th day of May 2008. This agreement becomes effective upon both parties signing the contract. Your official start date is June 16th, 2008 with a move in date of June 16th, 2008. Move it time is agreed to be between :00PM and :00 PM. ~~can start earlier if like, and ago h l can~~

_____ 5/29/08   _____
Ella Wiggins         Date          Dora Manrique         Date

*[handwritten at top:] 18 ~~19~~ Days Eva will be away you will have to stay at [illegible]*

## Vacation:

For the first year of employment 2008, you will receive one paid week of vacation per year after 3 months evaluation. This week should be planned well in advance.

In addition, you will be given the following paid holidays off:
~~Memorial Day~~
~~July 4th~~
~~Labor Day~~
~~Thanksgiving Day~~
Christmas Eve and Christmas Day
~~Paid vacation on New Year's Eve, New Year's Day~~

*[handwritten:] 3 wks on weekends need — 4 weekends a yr, you will be off will be decided a month ahead of time*

*[handwritten:] 10d vk  -$5   $2,000 + insurance (health)*

## Compensation:

You will be paid each Friday afternoon. The starting weekly salary is ~~$45,000~~ annually. This annual salary will be reviewed after 3 months of employment and again at 12 months.

You will be provided the exclusive use of the bedroom, bathroom and closet. We will pay for all utilities, including TV and local Telephone calls within the 50 United States. You are welcome to have all your meals with the family and welcome to have any food that is normally provided for the family. Special items not used by the family are your own responsibility.

## Termination:

You will need to give at least two weeks notice should you choose to resign. Ella may terminate this agreement at any time, with or without prior notice and without cause. Should that occur, you will be paid a separation allowance equal to one week's pay. (Notwithstanding the foregoing, in the event Ella terminate this agreement within the first 30 days, you will not be entitled to any separation allowance.)

## Other Ground Rules and House Rules:

No smoking in the house.
No Alcohol consumption during the hours you are caring for Eva and _____
~~No visitors are allowed at any time.~~ *OK to have as long as Ella knows ahead of time*
~~If you sleep away weekends, please return Sunday evenings by 9:00 PM.~~

## Emergency Contacts / Plan: *Ella & you will work out schedule wk to wk*

Ella –

*[handwritten:] 5 days a week Fri & Sat are not included*

# Agreement for Nanny

This agreement between Dora Manrique and Ella Wiggins is intended to describe the responsibilities involved in the nanny arrangement. This is considered a full-time position.

For the first year of employment 2008, you will receive one paid week of vacation per year

Caring for our children is the primary and most important responsibility.

Nanny Responsibilities: *helping with newborn, Maya and 7yr old, Eva -. With Eva + Maya would like to teach some Spanish. light meal preparations for both. I will need you probably full time when the father's out of town. I will do most of driving w/kids - may need some light errands this summer.*

Other tasks as requested *- just pick up after yourself - dishes, laundry etc. I will probably need more help the first few weeks due to c-section + newborn*

During school year (Eva) Monday to Friday: *- do not know yet*

Summer Vacation: *- do not know yet.*

Additional duties: Ella and _____ may periodically request assistance with 'baby-sitting' on the weekends with reasonable advance notice.

# Agreement for Nanny

This agreement between Dora Manrique and Ella Wiggins is intended to describe the responsibilities involved in the Nanny arrangement. This is considered a full time live-in position.

Caring for our children is the primary and most important responsibility.

*Nanny Responsibilities:*

Help in care with newborn Maya and 7yr old Eva. I will probably need more help with Maya during the first year. I will do most of driving for kids. Some light meals will need to be prepared by you for the kids. It would be nice if the kids could learn some Spanish

Other tasks as requested also. I also expect you to be here for at least half of the weekends.

During school year (Eva) Monday to Friday: - Don't know yet.

Summer Vacation: Don't know yet

Additional duties: Ella and _____ may periodically request assistance with 'baby-sitting' on the weekends with reasonable advance notice.