# EXHIBIT 2

# METRO ATLANTA PERSONNEL

| Date | 6-12-08 |
|---|---|
| Number of pages including cover sheet | #5 |

| TO: | Dora |
|---|---|
| RE: | Contract |
| Phone | |
| Fax Phone | 404-846-0068 |
| | 770-368-8431 |
| CC: | |

| FROM: | Tamara |
|---|---|
| Work | |
| Cell | 404-454-7980 |

**REMARKS:** ☐ Urgent ☐ For your review ☐ Reply ASAP ☐ Please Comment

Dora, If you can't make out the wording. Please call me so that we can go over it together.

Thanks

Fax to me at 678-765-2513

**Confidentiality Notice:** This facsimile transmission and/or documents accompanying it may contain confidential information intended for the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, or taking of action based on the contents of this information is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone to arrange for return of the document. – Thank you.



DEFENDANT'S EXHIBIT #50

May 14, 2008

Ella Wiggins
3167 West Roxboro Rd., NE
Atlanta, GA 30324

Dear Dora,

Attached for your consideration is a contract for employment. I am excited to have you join us and help us with our family.

Please call me if you have any questions. It is my attempt at putting expectations down in a clear manner.

I look forward to hearing from you soon.

Sincerely,

Ella Wiggins

*Agreement for Nanny*

This agreement between Dora Manrique and Ella Wiggins is intended to describe the ~~For the first term of second to month 2008, you will receive on a paid week of vacation proper~~ position.

Caring for our children is the primary and most important responsibility.

*Nanny Responsibilities:* helping with newborn, Maya and 7yr old, Eva - with Eva & Maya would like to teach some Spanish, light meal preparations for both. I will need you probably full time when the father's out of town. I will do most of doing w/kids - may need some light errands this summer.

*Other tasks as requested* - just pick up after yourself - dishes, laundry etc. I will probably need more help the first few weeks due to c-section & newborn

*During school year (Eva) Monday to Friday:* - do not know yet

*Summer Vacation:* - do not know yet.

*Additional duties:* Ella and _____ may periodically request assistance with 'baby-sitting' on the weekends with reasonable advance notice.

*Vacation:*
For the first year of employment 2008, you will have one week paid vacation time per year after 3 months evaluation. This week should be planned well in advance.

In addition, you will be given the following paid holidays off:
Memorial Day
July 4th
Labor Day
Thanksgiving Day
Christmas Eve and Christmas Day

*Compensation:*
You will be paid each Friday afternoon. The starting weekly salary is $45,000 annually. This annual salary will be reviewed after 3 months of employment and again at 12 months.

You will be provided the exclusive use of the bedroom, bathroom and closet. We will pay for all utilities, including TV and local Telephone calls within the 50 United States. You are welcome to have all your meals with the family and welcome to have any food that is normally provided for the family. Special items not used by the family are your own responsibility.

*Termination:*
You will need to give at least two weeks notice should you choose to resign. Ella may terminate this agreement at any time, with or without prior notice and without cause. Should that occur, you will be paid a separation allowance equal to one week's pay. (Notwithstanding the foregoing, in the event Ella terminate this agreement within the first 30 days, you will not be entitled to any separation allowance.)

*Other Ground Rules and House Rules:*
No smoking in the house.
No Alcohol consumption during the hours you are caring for Eva and _Maya_.
No visitors are allowed at any time.
If you sleep away weekends, please return Sunday evenings by 9:00 PM or 8:30 — I am flexible with this.

*Emergency Contacts / Plan:*

Ella - 404-660-6661
Ray - 404-771-4947

We (Ella , _____ and Dora) realize that clear, honest and regular communication is essential in an arrangement such as this.

*Agreement:*
The foregoing having been read, discussed and understood, the undersigned hereby agree and consent to the terms of the above this 29 day of May 2008. This agreement becomes effective upon both parties signing the contract. Your official start date is June 16th, 2008 with a move in date of June 16th, 2008. Move it time is agreed to be between :00PM and : 10 AM 00 PM.

Ella Wiggins      Date 5/29/08        Dora Manrique     Date 06/12/08

Page PAGE 2